1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SYSTEM MANAGEMENT GROUP, and
NATIONAL EDUCATION PARTNERS,
INC, ,

Plaintiffs,

v.

NCU INVESTORS, LLC,

Defendant.

Case No.:  21cv0494-L(BLM)

**ORDER DISMISSING COMPLAINT**

In this action alleging violation of a Securities Purchase Agreement, Plaintiff claims federal jurisdiction based on the minimal diversity requirements under, 28 U.S.C. §1332.  The initial complaint was filed on March 19, 2021, and a First Amended Complaint was filed on March 24, 2021. The amended complaint does not contain sufficient allegations to establish minimal diversity of the parties.  Accordingly, the amended complaint is dismissed without prejudice and with leave to amend.

Unlike state courts, "[f]ederal courts are courts of limited jurisdiction.  They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree.  It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting

1

1   jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994)

2   (citations omitted).  Federal courts are constitutionally required to raise issues related to

3   federal subject matter jurisdiction and may do so *sua sponte*.  *Arbaugh v. Y&H Corp.*,

4   546 U.S. 500, 514 (2006).  A federal court must satisfy itself of its jurisdiction over the

5   subject matter before proceeding to the merits of the case.  *Ruhrgas AG v. Marathon Oil*

6   *Co.*, 526 U.S. 574, 577, 583 (1999).

7          Plaintiff bears the burden of demonstrating that jurisdiction is properly before the

8   Court.  *See Thornhill Publ'g Co. v. General Tel. & Elec. Corp.*, 594 F.2d 730, 733 (9th

9   Cir. 1979).  Plaintiff relies on 28 U.S.C. §1332, which provides for federal jurisdiction

10  over class actions where the matter in controversy exceeds $5 million, and requires that

11  "any member of a class of plaintiffs is a citizen of a State different from any defendant."

12  The complaint must affirmatively allege the state of citizenship of each party.  *Bautista v.*

13  *Pan Am. World Airlines, Inc.*, 828 F.2d 546, 552 (9th Cir.1987); *see also Kanter v.*

14  *Warner-Lambert, Co.*, 265 F.3d 853 (9th Cir. 2001).

15         Plaintiff System Management Group ("SMG") alleges it is a domestic nonprofit

16  corporation organized and existing under the laws of the State of California. Plaintiff

17  National Education Partners, Inc. ("NEP") alleges it is a corporation organized and

18  existing under the laws of the State of Arizona, and is a wholly owned subsidiary of

19  SMG.  Plaintiff asserts that Defendant NCU Investors LLC is a limited liability company

20  licensed in Delaware.

21         The citizenship of non-corporate business entities for purposes of diversity

22  jurisdiction is determined by examining the citizenship of each of its members.  *Carden*

23  *v. Arkoma Assoc.*, 494 U.S. 185, 195-96 (1990); *Johnson v. Columbia Properties*

24  *Anchorage. L.P.*, 437 F.3d 894, 899 (9th Cir.2006).  Plaintiff alleges that Defendant is a

25  limited liability company organized and existing under the laws of the State of Delaware,

26  but does not allege the citizenship of each of Defendant's members.  The Court is

27  therefore unable to determine Defendant's citizenship, and whether minimal diversity is

28  present.

1    Because Plaintiff does not allege the facts necessary to establish minimal diversity,
2  the complaint is dismissed without prejudice and with leave to amend for lack of subject
3  matter jurisdiction. Plaintiff may file an amended complaint on or before May 17, 2021,
4  in which it lists the citizenship of each of Defendant NEP's members.
5    IT IS SO ORDERED.

6

7  Dated:  April 14, 2021

8

9                                          Hon. M. James Lorenz
                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

21cv0494-L(BLM)